| **MAGISTRATE'S CRIMINAL MINUTES & ORDER REMOVALS (Rule 5 & 5.1)** | | | **FILED IN OPEN COURT** | | | |
|---|---|---|---|---|---|---|
| | | TIME IN COURT: | | HRS. | 14 | MINS. |
| FILED IN OPEN COURT | DATE: 2/8/2021 | TIME: | 2:12 pm | TAPE: | FTR Gold | |

**MAGISTRATE (PRESIDING):** ALAN J. BAVERMAN          **DEPUTY CLERK:** Lisa Enix

| CASE NO: | 1:20-MJ-129-AJB | DEFENDANT'S NAME: | Bruno Joseph Cua |
|---|---|---|---|
| AUSA: | Ryan Buchanan | DEFENDANT'S ATTORNEY: | Molly Parmer & John Thomas Morgan |
| USPO/PTR: | Steven Witherspoon via Zoom | TYPE OF COUNSEL: | Retained |
| | ARREST DATE: | | |
| X | Initial Appearance Hearing Held | X | Defendant informed of rights |
| | Due Process Protection Act Warning Orally Given to Government's Counsel. Order on page 2 | | |
| | Interpreter Sworn: | | |

### COUNSEL

| | ORDER appointing The Federal Defender Program | | IA Only |
|---|---|---|---|
| | ORDER appointing | | as counsel for defendant |
| | ORDER defendant to pay attorney's fees as follows: | | |

### IDENTITY/PRELIMINARY HEARING

| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
|---|---|---|---|
| | Identity hearing held | | Def. is named def. in indictment/complaint; held for removal to other district |
| X | Defendant WAIVES preliminary hearing | X | WAIVER FILED |
| | Preliminary hearing held. | | Probable cause found; def. held to District Court for removal to other district. |
| | Removal hearing set | | @ |
| | Commitment to Another District Filed. | | |

### BOND/DETENTION PROCEEDINGS

| X | Government Motion for DETENTION Filed | Detention hearing set | 2/10/2021 at 2:00 pm |
|---|---|---|---|
| | Detention Hearing Held | | Detention Hearing Waived |
| | Bond Hearing Held | Bond Set at | $ |
| | Non-Surety         Surety (   ) Cash   (   ) Property   (   ) Corporate Surety | | |
| | Special Conditions: | | |
| | BOND FILED: Defendant RELEASED | | |
| | Bond NOT EXECUTED. Defendant to remain in Marshal's custody. | | |
| | Detention Order. Witten Order to follow. | | |